## ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --          )
                               )

ECC International, LLC        )      ASBCA Nos. 59670, 61357
                               )

Under Contract No. W917PM-07-D-0015   )

APPEARANCE FOR THE APPELLANT:      Michael A. Richard, Esq.
                                            Obermayer Rebmann Maxwell &
                                              Hippel LLP
                                           Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                              Engineer Chief Trial Attorney
                                              Sarah L. Hinkle, Esq.
                                              Matthew Tilghman, Esq.
                                              Engineer Trial Attorneys
                                              U.S. Army Engineer District, Middle East
                                              Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: July 22, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59670, 61357, Appeals of ECC International, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals